# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES<br>TDCJ No. 1169005 | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:22-CV-2082-S-BN |
| MR. BOWERS, et al. | §<br>§<br>§ | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 4. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's action will be **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

**SO ORDERED.**

SIGNED October 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**