# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES<br>TDCJ No. 1169005 | § § § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-2082-S-BN |
| | § | |
| MR. BOWERS, et al. | § § | |

## JUDGMENT

The Court has entered its order accepting the Findings, Conclusions, and Recommendation in this case. It is therefore **ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SO ORDERED.**

SIGNED October 13, 2022.

**UNITED STATES DISTRICT JUDGE**